IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

RICHELLE R. GREEN,

    Plaintiff,

v.                                   Civil Action No. _____
                                   Hampton Circuit Court Case No. 23-2427

ALEXANDER J. WYSOCKI,

    Defendant.

## NOTICE OF REMOVAL

Alexander J. Wysocki ("Defendant"), by counsel, pursuant to 28 U.S.C. §§ 1441 and 1446, hereby files this Notice of Removal on the following grounds:

### SUMMARY OF ALLEGATIONS AND POSTURE OF CASE

1.    Plaintiff filed a Complaint in the Circuit Court for the City of Hampton on October 10, 2023, seeking Seven Hundred Fifty Thousand Dollars ($750,000.00) in compensatory damages against the Defendant. The Complaint is attached hereto as <u>Exhibit A</u>. This is a motor vehicle tort action in which Plaintiff claims to have suffered injuries due to a vehicle collision on eastbound I-64 in New Kent, Virginia as a result of the Defendant's negligence.

2.    Defendant was allegedly served via a family member on November 18, 2023, with a copy of the Summons and Complaint.

3.    The Defendant timely filed a Motion Objecting to Venue, and an Answer to the Plaintiff's Complaint in the Circuit Court for the City of Hampton on December 6, 2023, which is attached hereto as <u>Exhibit B</u>.

### GROUNDS FOR REMOVAL

5.    Upon information and belief, Plaintiff is a citizen of Virginia.

6. Defendant is a citizen of North Carolina.

7. This action involves a controversy wholly between citizens of different states. There is complete diversity of citizenship.

8. The amount in controversy exceeds the jurisdictional limits of $75,000, exclusive of interest and costs, because Plaintiff's ad damnum seeks Seven Hundred Fifty Thousand Dollars ($750,000.00) in compensatory damages against Defendant.

9. This Court therefore has original jurisdiction in this matter pursuant to 28 U.S.C. § 1332(a), and it may therefore be removed to this Court pursuant to 28 U.S.C. § 1441(a).

## COMPLIANCE WITH PROCEDURAL REQUIREMENTS

10. This case was removable when filed.

11. Pursuant to 28 U.S.C. § 1446 (b)(2), this Notice of Removal is being filed within thirty (30) days after service on Defendant of a copy of the Complaint, the initial pleading setting forth Plaintiff's claim for relief.

12. Pursuant to 28 U.S.C. § 1441(a), venue of this removal action is proper in the Eastern District of Virginia, Newport News Division, because it is in the district and division embracing the place where the state court action is pending.

13. Promptly after the filing of this Notice of Removal, Defendant, by counsel, will give written notice of the removal to Plaintiff, the adverse party, and will file a copy of this Notice of Removal with the Circuit Court for the City of Hampton, as required by 28 U.S.C. § 1446(d).

14. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon the Defendant in the state court action have been attached hereto.

15. Defendant demands a trial by jury pursuant to Federal Rule of Civil Procedure 38.

WHEREFORE, Defendant, by counsel, respectfully requests that this action be removed from the City of Hampton Circuit Court to this Court.

ALEXANDER J. WYSOCKI

By: _____/s/_____
Lawrence A. Dunn
VSB No. 30324
Attorney for Alexander J. Wysocki
McCandlish Holton, PC
P.O. Box 796
Richmond, Virginia 23218
1111 E. Main Street, 21st Floor
Richmond, Virginia 23219
(804) 344-6307 Telephone
(804) 819-1175 Facsimile
ldunn@lawmh.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of December 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to the following:

Adam H. Lotkin, Esquire
VSB No. 45588
Attorney for Plaintiff
Rutter Mills, L.L.P.
160 W. Brambleton Avenue
Norfolk, Virginia 23510
(757) 622-5000
(757) 623-9189 Fax

I hereby certify that on this 18th day of December 2023, I mailed the foregoing document to the following:

The Honorable Linda Batchelor Smith
City of Hampton Circuit Court
237 N. King Street
Hampton, VA 23669-0040

By:_____/s/_____
Lawrence A. Dunn
VSB No. 30324
Attorney for Alexander J. Wysocki
McCandlish Holton, PC
P.O. Box 796
Richmond, Virginia 23218
1111 E. Main Street, 21st Floor
Richmond, Virginia 23219
(804) 344-6307 Telephone
(804) 819-1175 Facsimile
ldunn@lawmh.com
_____