*VIRGINIA:*

## IN THE CIRCUIT COURT OF THE CITY OF HAMPTON

RICHELLE R. GREEN,

    Plaintiff,

v.                                            Case No. CL23-2427

ALEXANDER J. WYSOCKI

    Defendant.

### ANSWER

Alexander J. Wysocki, by counsel, states the following response to the Complaint filed herein:

1.    The Defendant is without sufficient knowledge to admit or deny the allegations in paragraph 1 of the Complaint and, therefore, the allegations in paragraph 1 of the Complaint are denied.

2.    The allegations in paragraph 2 of the Complaint state legal conclusions to which no response is required. If a response is required, the Defendant denies any allegation in paragraph which may be a basis for fault, negligence or liability as to him.

3.    The Defendant denies the allegations in paragraph 3 of the Complaint.

4.    The Defendant is without sufficient knowledge to admit or deny the allegations in paragraph 4 of the Complaint and, therefore, the allegations in paragraph 4 are denied.

5.    The Defendant is without sufficient knowledge to admit or deny the allegations in paragraph 5 of the Complaint and, therefore, the allegations in paragraph 5 are denied.

6.    The Defendant is without sufficient knowledge to admit or deny the allegations in paragraph 6 of the Complaint and, therefore, the allegations in paragraph 6 are denied.

7. The Defendant denies the allegations in paragraph 7 of the Complaint.

8. The Plaintiff's Complaint skipped the number 8.

9. The Defendant acknowledges the Plaintiff's demand for a jury.

10. The Defendant shall rely on the affirmative defenses of assumption of the risk, contributory negligence and/or the failure to mitigate damages as these defenses are supported by the evidence known or uncovered during discovery or trial of this matter.

11. The Defendant denies any allegation in the Complaint which has not been expressly addressed herein.

WHEREFORE, Alexander J. Wysocki, by counsel, requests the Court to dismiss the action herein and award it the costs for the defense of this matter.

ALEXANDER J. WYSOCKI

By: _____
Counsel

Lawrence A. Dunn (VSB #30324)
McCandlish Holton, P.C.
P.O. Box 796
Richmond, VA 23218
1111 E. Main Street, 21st Floor
Richmond, VA 23219
(804) 344-6307 Telephone
(804) 819-1175 Facsimile
LDunn@lawmh.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of December, 2023, I e-mailed and mailed the foregoing document to the following:

Adam H. Lotkin, Esq.
Rutter Mills, L.L.P.
160 W. Brambleton Avenue
Norfolk, VA 23510
(757) 622-5000 Telephone
(757) 623-9189 Facsimile
alotkin@ruttermills.com
*Counsel for Plaintiff*